**08 CV 01315**

Dale M. Cendali (DC-2676)
Claudia Ray (CR-4132)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone (212) 326-2000

Attorneys for Plaintiff
VITALE AML CONSULTANTS, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VITALE AML CONSULTANTS, INC.<br><br>Plaintiff,<br><br>-against-<br><br>PROMONTORY FINANCIAL GROUP, LLC; PROMONTORY FORENSIC SOLUTIONS, LLC; HANI SAMAAN; PROMINENT IT SOLUTIONS, INC.; RONALD ROSE; AML CONSULTING SERVICES, INC.; AND JOHN DOE (1-10)<br><br>Defendants. | No. _____<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Vitale AML Consultants, Inc. (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party:

None

Dated: New York, New York
      February 8, 2008

O'MELVENY & MYERS LLP

_____
Dale M. Cendali
Claudia Ray

Times Square Tower
7 Times Square
New York, NY  10036

Attorneys for Plaintiff, Vitale AML
Consultants, Inc.