UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CV 01315

VITALE AML CONSULTANTS, INC.
, Plaintiff(s)

- against -

PROMONTARY FINANCIAL GROUP, LLC, PROMONTARY FORENSIC SOLUTIONS, LLC.,
HANI SAMAAM, PROMINENT IT SOLUTIONS, INC., RONALD ROSE, AML CONSULTING
SERVICES, INC., AND JOHN DOES (1-10)
, Defendant(s)

State of New Jersey    )
                       )  SS.:
County of Union        )

AFFIDAVIT OF SERVICE

Salvatore A. Cossari being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New Jersey. That on 02/14/2008 at 8:30 PM at:
    PROMINENT IT SOLUTIONS, INC.
    730 NEWARK AVENUE, APT 7-G
    JERSEY CITY NJ 07306
Deponent served the:

SUMMONS IN A CIVIL ACTION
COMPLAINT
RULE 7.1 STATEMENT
CIVIL COVER SHEET
PROCEDURES FOR ELECTRONIC CASE FILING
INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS
ORDER DATED FEBRUARY 14, 2008

on PROMINENT IT SOLUTIONS, INC.

a domestic and/or foreign corporation
by delivering thereat true copies to AMIRA B. (LAST NAME REFUSED)
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Authorized Agent and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 50 HEIGHT: 5'5"  WEIGHT: 155    HAIR: BLACK    RACE: LT BROWN  SEX: FEMALE

2-15-08

SWORN TO BEFORE ME MARCO P. PEREIRA
NOTARY PUBLIC OF NEW JERSEY
My Commission Exp. June 5, 2012

Salvatore A. Cossari    Lic. #

OUR DOC# 20610
O'Melveny & Myers
Times Square Tower
7 Times Square
New York NY 10036
212-326-2000