UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CV 01315

VITALE AML CONSULTANTS, INC.
, Plaintiff(s)

- against -

PROMONTARY FINANCIAL GROUP, LLC, PROMONTARY FORENSIC SOLUTIONS, LLC., HANI SAMAAM, PROMINENT IT SOLUTIONS, INC., RONALD ROSE, AML CONSULTING SERVICES, INC., AND JOHN DOES (1-10)
, Defendant(s)

State of New Jersey  )
                     ) SS.:
County of Union      )

AFFIDAVIT OF SERVICE

Salvatore A. Cossari being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New Jersey. That on 02/14/2008 at 8:30 PM at:
    730 NEWARK AVENUE, APT 7-G
    JERSEY CITY NJ 07306
Deponent served the:
SUMMONS IN A CIVIL ACTION
COMPLAINT
RULE 7.1 STATEMENT
CIVIL COVER SHEET
PROCEDURES FOR ELECTRONIC CASE FILING
INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS
ORDER DATED FEBRUARY 14, 2008
upon HANI   SAMAAN,
by delivering true copies to:
AMIRA B. (LAST NAME REFUSED), Authorized Agent
who stated that they were authorized to accept service on behalf of:
HANI   SAMAAN.
Within 20 days of such service, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at:
    HANI   SAMAAN
    730 NEWARK AVENUE, APT 7-G
    JERSEY CITY NJ 07306
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New Jersey State. The envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not indicate by return address or otherwise that the communication was from an attorney or concerned an action against the recipient.
To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or New Jersey. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 50  HEIGHT: 5'5''  WEIGHT: 155  HAIR: BROWN  RACE: WHITE  SEX: FEMALE

2-15-08

Salvatore A. Cossari    License #

SWORN TO BEFORE ME

MARCO P. PEREIRA
NOTARY PUBLIC OF NEW JERSEY
My Commission Exp. June 5, 2012

OUR DOC# 20609
O'Melveny & Myers
Times Square Tower
7 Times Square
New York NY 10036
212-326-2000