UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CV 01315

VITALE AML CONSULTANTS, INC.

, Plaintiff(s)

- against -

PROMONTARY FINANCIAL GROUP, LLC, PROMONTARY FORENSIC SOLUTIONS, LLC.,
HANI SAMAAM, PROMINENT IT SOLUTIONS, INC., RONALD ROSE, AML CONSULTING
SERVICES, INC., AND JOHN DOES (1-10)

, Defendant(s)

State of New York    )
                     ) SS.:
County of Nassau     )

## AFFIDAVIT OF SERVICE

Mark C. Eisenberg being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 02/14/2008 at 8:25 PM at:
    573 LINCOLN BOULEVARD
    LONG BEACH NY 11561

Deponent served the:
SUMMONS IN A CIVIL ACTION
COMPLAINT
RULE 7.1 STATEMENT
CIVIL COVER SHEET
PROCEDURES FOR ELECTRONIC CASE FILING
INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS
ORDER DATED FEBRUARY 14, 2008
upon RONALD ROSE, by delivering true copies to recipient personally,
deponent knew the person so served to be the person described as said
recipient therein.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 50  HEIGHT: 5'10''  WEIGHT: 170   HAIR: BLACK    RACE: WHITE    SEX: MALE

Mark C. Eisenberg    Lic. #1232210

SWORN TO BEFORE ME 2/15/08

OUR DOC# 20605
O'Melveny & Myers
Times Square Tower
7 Times Square
New York NY 10036
212-326-2000

LAUREN E. EISENBERG
Notary Public, State of New York
No. 01EI6093871
Qualified in Suffolk County
Commission Expires June 9, 2011