UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CV 01315

VITALE AML CONSULTANTS, INC.
, Plaintiff(s)

- against -

PROMONTARY FINANCIAL GROUP, LLC, PROMONTARY FORENSIC SOLUTIONS, LLC.,
HANI SAMAAM, PROMINENT IT SOLUTIONS, INC., RONALD ROSE, AML CONSULTING
SERVICES, INC., AND JOHN DOES (1-10)
, Defendant(s)

State of New York    )
                     ) SS.:
County of Nassau     )

AFFIDAVIT OF SERVICE

Mark C. Eisenberg being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 02/14/2008 at  8:25 PM at:
    AML CONSULTING SERVICES, INC
    573 LINCOLN BOULEVARD
    LONG BEACH NY 11561
Deponent served the:
SUMMONS IN A CIVIL ACTION
COMPLAINT
RULE 7.1 STATEMENT
CIVIL COVER SHEET
PROCEDURES FOR ELECTRONIC CASE FILING
INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS
ORDER DATED FEBRUARY 14, 2008
on AML CONSULTING SERVICES, INC
a domestic and/or foreign corporation
by delivering thereat true copies to Ronald Rose
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Defendant and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 50  HEIGHT: 5'10''  WEIGHT: 170    HAIR: BLACK    RACE: WHITE    SEX: MALE

Mark C. Eisenberg    Lic. #1232210

SWORN TO BEFORE ME  2/15/08

OUR DOC# 20606
O'Melveny & Myers
Times Square Tower
7 Times Square
New York NY 10036
212-326-2000

LAUREN E. EISENBERG
Notary Public, State of New York
No. 01EI6093871
Qualified in Suffolk County
Commission Expires June 9, 20__