UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CV 01315

VITALE AML CONSULTANTS, INC.

, Plaintiff(s)

- against -

PROMONTARY FINANCIAL GROUP, LLC, PROMONTARY FORENSIC SOLUTIONS, LLC.,
HANI SAMAAM, PROMINENT IT SOLUTIONS, INC., RONALD ROSE, AML CONSULTING
SERVICES, INC., AND JOHN DOES (1-10)

, Defendant(s)

State of New York    )
                     )  SS.:
County of New York   )

AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 02/14/2008 at  3:11 PM at:
    280 PARK AVENUE
    40TH FLOOR WEST, SUITE 400
    NEW YORK NY 10017
Deponent served the:

SUMMONS IN A CIVIL ACTION
COMPLAINT
RULE 7.1 STATEMENT
CIVIL COVER SHEET
PROCEDURES FOR ELECTRONIC CASE FILING
INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS
ORDER DATED FEBRUARY 14, 2008

on PROMONTARY FINANCIAL GROUP, LLC

a domestic and/or foreign corporation
by delivering thereat true copies to D (Refused Name) Fotrole
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Director of Consumer Affairs and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 40  HEIGHT: 5'5''   WEIGHT: 160    HAIR: WHITE      RACE: WHITE    SEX: MALE

SWORN TO BEFORE ME 2/28/08

Yariela Gonzales   Lc. #1260358

OUR DOC# 20607
O'Melveny & Myers
Times Square Tower
7 Times Square
New York NY 10036
212-326-2000

Johnysha Santana
Notary Public, State of New York
No. 01SA6168179
Qualified in New York County
Commission Expires 06/11/2011