

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | NEWPORT BEACH |
| BRUSSELS | 7 Times Square | SAN FRANCISCO |
| CENTURY CITY | New York, New York 10036 | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |

OUR FILE NUMBER
895,011-011

February 29, 2008

WRITER'S DIRECT DIAL
(212) 326-2051

**BY HAND**



The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

WRITER'S E-MAIL ADDRESS
dcendali@omm.com

**MEMO ENDORSED** p. 2

Re:   *Adjournment of initial pre-trial conference for case 08-CV-1315 (RMB)*

Dear Judge Berman:

      As you know, we represent Vitale AML Consultants, Inc. We write to request an adjournment of the initial pre-trial conference currently set for March 14, 2008 at 9:15 a.m. in the matter of *Vitale AML Consultants, Inc. v. Promontory Financial Group LLC et al*, case 08-CV-1315 (RMB).

      We request this adjournment because we have agreed to enter a stipulation giving the Promontory defendants until March 17, 2008 to serve their answer, and we will be unavailable on March 14, 2008. No parties have previously requested any adjournments or extensions, and the Promontory defendants have consented to such adjournment through their counsel, Covington & Burling. The other defendants have not contacted us, and we do not know if they have counsel. We are copying them directly on this letter.

      We respectfully request an adjournment until March 18, 19, or 20, 2008, when we and counsel for Promontory are available, if one of those dates is convenient for the Court. I am, of course, available if the Court has any questions or otherwise needs additional information.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/29/08
```

O'MELVENY & MYERS LLP

The Honorable Richard M. Berman, February 29, 2008 - Page 2

    Thank you for your consideration.

                                            Very truly yours,

                                            Dale M. Cendali

cc:    Anthony Herman, Esq.
        Hani Samaan
        Prominent IT Solutions, Inc.
        Ronald Rose
        AML Consulting Services, Inc.
        Anne T. Vitale, Esq.
        Claudia Ray

---

CONFERENCE ADJOURNED UNTIL
3/20/08 AT 9:15 A.M.

SO ORDERED:
Date: 2/29/08

Richard M. Berman, U.S.D.J.