*BERMAN, S.*

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____                │
│ DATE FILED: 3/4/08              │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
:
VITALE AML CONSULTANTS, INC.,            :
:
            Plaintiff,      :    Case No. 1:08-cv-1315-RMB
:
        v.                  :
:
PROMONTORY FINANCIAL GROUP, LLC;         :    **STIPULATION**
PROMONTORY FORENSIC SOLUTIONS,           :
LLC; HANI SAMAAN; PROMINENT IT           :
SOLUTIONS, INC.; RONALD ROSE; AML        :
CONSULTING SERVICES, INC.; and JOHN      :
DOES (1-10),                             :
:
           Defendants.    :    ECF Case
:
---------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by and between counsel for the

undersigned parties that the time for Defendants Promontory Financial Group, LLC, Promontory

Forensic Solutions, LLC, Hani Samaan, Prominent IT Solutions, Inc., Ronald Rose, and AML

Consulting Services, Inc. to answer Plaintiff's Complaint in the above-captioned action is hereby

extended up to and including Monday, March 17, 2008. Defendants' answers would otherwise

be due on March 5.

        There have been no previous requests for an extension of the response date, and

no party opposes Defendants' request. Defendants seek this modest extension of time because

(a) Defendants Hani Samaan, Prominent IT Solutions, Inc., Ronald Rose, and AML Consulting

Services, Inc. have only recently retained counsel, and (b) Anthony Herman, the lead counsel for

Defendants Promontory Financial Group, LLC, and Promontory Forensic Solutions, LLC, is

recovering from major shoulder surgery.

O'MELVENY & MYERS LLP

By: _____

Dale M. Cendali
Claudia Ray
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
dcendali@omm.com
cray@omm.com

*Attorneys for Plaintiff*
*VITALE AML CONSULTANTS, INC.*

COVINGTON & BURLING

By: _____

P. Benjamin Duke
620 Eighth Avenue
New York, NY 10036
Telephone (212) 841-1000
pbduke@cov.com

Anthony Herman
Joshua A. Doan
1201 Pennsylvania Avenue, NW
Washington DC 20004-2401
Telephone (202) 662-6000
aherman@cov.com
jdoan@cov.com

*Attorneys for Defendants*
*Promontory Financial Group LLC and*
*Promontory Forensic Solutions LLC*

ITKOWITZ & HARWOOD

By: _____

Jay B. Itkowitz    ( JI-5349 )
305 Broadway, 7th Floor
New York, New York 10007
(212) 822-1400, Ext. 102
jitkowitz@Itkowitz.com

*Attorneys for Defendants Hani Samaan,*
*Prominent IT Solutions, Inc., Ronald Rose, and*
*AML Consulting Services, Inc.*

SO ORDERED:

RMB
_____
U.S.D.J.

3/4/08

- 2 -

Richard M. Berman