60676 00023723
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
VITALE AML CONSULTANTS, INC.,

                Plaintiff,

-against-

PROMONTORY FINANCIAL GROUP, LLC,
PROMONTORY FORENSIC SOLUTIONS, LLC, HANI
SAMAAN; PROMINENT IT SOLUTIONS, INC.,
RONALD ROSE, AML CONSULTING SERVICES,
INC., and JOHN DOES (1-10)

                Defendants.
------------------------------------------X

Case No.
1:08-cv-1315-RMB

**NOTICE OF APPEARANCE**

ECF Case

TAKE NOTICE that the Defendants HANI SAMAAN, PROMINENT IT SOLUTIONS, INC., RONALD ROSE and AML CONSULTING SERVICES, INC. have retained Itkowitz & Harwood as counsel in the above named proceeding, and demand that a copy of all papers in the above entitled action be served upon Itkowitz & Harwood at its offices located at 305 Broadway, 7th Floor, New York, New York 10007.

Dated:   New York, New York
          March 13, 2008

                            Yours truly,
                            ITKOWITZ & HARWOOD
                            Attorneys for Defendants
                            HANI SAMAAN, PROMINENT IT
                            SOLUTIONS, INC., RONALD ROSE
                            and AML CONSULTING SERVICES,
                            INC.

           By:    _____
                            Jay B. Itkowitz (JBI 5349)
                            305 Broadway, 7th Floor
                            New York, New York 10007
                            (646) 822-1801

```
TO:   O'MELVENY & MYERS LLP
      Dale M. Cendali
      Claudia Ray
      7 Times Square
      New York, New York 10036
      (212) 326-2000
      Attorneys for Plaintiff
      VITALE AML CONSULTANTS, INC.


      COVINGTON & BURLING LLP

      P. Benjamin Duke
      620 Eighth Avenue
      New York, New York 10036
      (212) 841-1000

      -and-

      Anthony Herman
      Joshua A. Doan
      1201 Pennsylvania Avenue, NW
      Washington, DC 20004-2401
      (202) 662-6000
      Attorneys for Defendants
      PROMONTORY FINANCIAL GROUP LLC
      and PROMONTORY FORENSIC SOLUTIONS
      LLC
```