UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- X
VITALE AML CONSULTANTS, INC.,                          :
                                                       :
               Plaintiff,           :   Case No. 1:08-cv-1315-RMB
                                                       :
    v.                                               :
                                                       :   RULE 7.1 DISCLOSURE
PROMONTORY FINANCIAL GROUP, LLC;                       :   STATEMENT
PROMONTORY FORENSIC SOLUTIONS,                         :
LLC; HANI SAMAAN; PROMINENT IT                         :
SOLUTIONS, INC.; RONALD ROSE; AML                      :
CONSULTING SERVICES, INC.; and JOHN                    :
DOES (1-10),                                           :
                                                       :   ECF Case
               Defendants.         :
---------------------------------------------------------------------------- X

       Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendants Promontory Financial Group, LLC, and Promontory Forensics Solutions, LLC, disclose the following corporate interests:

       1.     Promontory Financial Group, LLC, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

       2.     Promontory Forensics Solutions, LLC, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

- 2 -

Dated: New York, New York
       March 17, 2008

          COVINGTON & BURLING LLP

By:   /s/ P. Benjamin Duke
      P. Benjamin Duke
      COVINGTON & BURLING LLP
      620 Eighth Avenue
      New York, New York 10018
      Telephone (212) 841-1000
      pbduke@cov.com

      Anthony Herman
      Joshua A. Doan
      COVINGTON & BURLING LLP
      1201 Pennsylvania Avenue, N.W.
      Washington, D.C. 20004-2401
      Telephone (202) 662-6000
      aherman@cov.com
      jdoan@cov.com

*Attorneys for Defendants Promontory Financial Group, LLC, and Promontory Forensics Solutions, LLC*