60676 00023745
Jay B. Itkowitz
Donald A. Harwood
ITKOWITZ & HARWOOD
305 Broadway
New York, New York 10007
Telephone (646) 822-1801
jitkowitz@itkowitz.com
dharwood@itkowitz.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
VITALE AML CONSULTANTS, INC.,

        Plaintiff,

    v.

PROMONTORY FINANCIAL GROUP, LLC;
PROMONTORY FORENSIC SOLUTIONS, LLC;
HANI SAMAAN; PROMINENT SOLUTIONS,
INC.; RONALD ROSE; AML CONSULTING
SERVICES, INC.; and JOHN DOES (1-10),

        Defendants.
-----------------------------------------------------------------x

Index No. 1:08-CV-1315-RMB

RULE 7.1 DISCLOSURE
STATEMENT

ECF Case

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendants AML Consulting Services, Inc. and Prominent IT Solutions, Inc., disclose the following corporate interests:

    1.    AML Consulting Services, Inc., has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

    2.    Prominent IT Solutions, Inc., has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
     March 18, 2008

                            ITKOWITZ & HARWOOD

By: _____
      Jay B. Itkowitz (JBI-5349)
      305 Broadway, 7th Floor
      New York, New York 10007
      (646) 822-1801
      Attorneys for Defendants
      AML Consulting Services, Inc. and
      Prominent IT Solutions, Inc.