```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
VITALE AML CONSULTANTS, INC.,                               :
                                                            :
                        Plaintiff,                          :    Case Management Plan
              v.                                            :
                                                            :    No. 08 CV 1315 (RMB)
PROMONTORY FINANCIAL GROUP, LLC;                            :
PROMONTORY FORENSIC SOLUTIONS, LLC;                         :
HANI SAMAAN; PROMINENT IT SOLUTIONS,                        :
INC.; RONALD ROSE; AML CONSULTING                           :
SERVICES, INC.; and JOHN DOES (1-10),                       :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by _____ May 1, 2008 _____

(ii)  Amend the pleadings by _____ May 1, 2008 _____

(iii) All discovery to be **expeditiously** completed by ~~_____~~  9/10/08 RMB

(iv)  Consent to Proceed before Magistrate Judge _____ No _____

(v)   Status of settlement discussions _____ Ongoing _____  9/10/08 with principals @ 9:30

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____


**SO ORDERED:** New York, New York
3/20/08



Hon. Richard M. Berman, U.S.D.J.