UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

VITALE AML CONSULTANTS, INC.,

                    Plaintiff,

        v.

PROMONTORY FINANCIAL GROUP, LLC;
PROMONTORY FORENSIC SOLUTIONS,
LLC; HANI SAMAAN; PROMINENT IT
SOLUTIONS, INC.; RONALD ROSE; AML
CONSULTING SERVICES, INC.; and JOHN
DOES (1-10),

                    Defendants.

------------------------------------------------------------X

Case No. 1:08-cv-1315
(RMB)(RLE)

**NOTICE OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE***

ECF Case

PLEASE TAKE NOTICE that, upon the annexed Declarations of Anthony Herman, Joshua A. Doan and Michael C. Nicholson, and the exhibits attached thereto, Defendants Promontory Financial Group, LLC and Promontory Forensics Solutions, LLC will move this Court, before the Honorable Ronald L. Ellis, at the United States Courthouse, 500 Pearl Street, Room 20A, New York, New York as soon as counsel may be heard, for an Order pursuant to Local Civil Rule 1.3(c) of this Court admitting Anthony Herman and Joshua A. Doan *pro hac vice* for all purposes in connection with the above-captioned action, and for such other and

DC: 2783249-3

further relief as the Court may deem just and proper.

Dated: New York, New York
       March 24, 2008

COVINGTON & BURLING LLP

By: _____
P. Benjamin Duke
Michael C. Nicholson

The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
pbduke@cov.com
mcnicholson@cov.com

Anthony Herman
Joshua A. Doan
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000
aherman@cov.com
jdoan@cov.com

*Attorneys for Defendants*
*Promontory Financial Group, LLC, and*
*Promontory Forensics Solutions, LLC*

TO:

| Dale M. Cendali, Esq.<br>Claudia Ray, Esq.<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>dcendali@omm.com<br>cray@omm.com<br><br>*Attorneys for Plaintiff* | Jay B. Itkowitz, Esq.<br>Itkowitz & Harwood<br>305 Broadway<br>New York, New York 10007<br>jitkowitz@itkowitz.com<br><br>*Attorneys for Defendants Hani Samaan,*<br>*Prominent IT Solutions, Inc.,*<br>*Ronald Rose, and*<br>*AML Consulting Services, Inc.* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
VITALE AML CONSULTANTS, INC.,             :
                                          :
                    Plaintiff,            :   Case No. 1:08-cv-1315
                                          :   (RMB)(RLE)
       v.                                 :
                                          :
PROMONTORY FINANCIAL GROUP, LLC;          :   **DECLARATION OF**
PROMONTORY FORENSIC SOLUTIONS,            :   **MICHAEL C. NICHOLSON**
LLC; HANI SAMAAN; PROMINENT IT            :
SOLUTIONS, INC.; RONALD ROSE; AML         :
CONSULTING SERVICES, INC.; and JOHN       :
DOES (1-10),                              :   ECF Case
                                          :
                    Defendants.           :
------------------------------------------------------------------ X

Michael C. Nicholson declares as follows pursuant to 28 U.S.C. § 1746:

1. I am special counsel with the firm of Covington & Burling LLP, counsel for Promontory Financial Group, LLC and Promontory Forensics Solutions, LLC (collectively, "Promontory") in the above-captioned action. I was admitted to practice before the U.S. District Court for the Southern District of New York on August 16, 1994 and remain in good standing therein. I submit this declaration in support of the Promontory's Motion to Admit Counsel *Pro Hac Vice* in connection with this action, pursuant to Local Civil Rule 1.3(c) of this Court.

2. I am familiar with Applicants Anthony Herman and Joshua A. Doan, as they are colleagues with Covington & Burling LLP, practicing out out of Covington's Washington, D.C. office. I believe the Applicants to be attorneys of good character, competence, and experience.

DC: 2783162-2

3.  Accompanying this declaration are the Declarations of Anthony Herman and Joshua A. Doan, describing their experience and their familiarity with the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

4.  For the foregoing reasons, I respectfully request that the motion be granted. For the Court's convenience, a copy of a proposed order granting Promontory's motion is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of March, 2008, in New York, New York.

*/s/ Michael C. Nicholson*
Michael C. Nicholson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| VITALE AML CONSULTANTS, INC., | : |
| Plaintiff, | : Case No. 1:08-cv-1315 (RMB)(RLE) |
| v. | : |
| PROMONTORY FINANCIAL GROUP, LLC; PROMONTORY FORENSIC SOLUTIONS, LLC; HANI SAMAAN; PROMINENT IT SOLUTIONS, INC.; RONALD ROSE; AML CONSULTING SERVICES, INC.; and JOHN DOES (1-10), | : **ORDER**<br><br>: ECF Case |
| Defendants. | : |

---

This matter having been brought before the Court by Defendants Promontory Financial Group, LLC and Promontory Forensics Solutions, LLC, through counsel Covington & Burling LLP, by motion pursuant to Local Civil Rule 1.3(c) for an order admitting Anthony Herman and Joshua A. Doan *pro hac vice*, on notice to all parties hereto, and the Court having reviewed and considered the papers filed in support of this motion, and in opposition thereto, if any, it is hereby

ORDERED that Anthony Herman and Joshua A. Doan be and hereby are admitted *pro hac vice* in connection with this action and they shall abide by the provisions of the Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of the Court in accordance with Local Civil Rule 1.5.

SO ORDERED:

_____
U.S.M.J.

DC: 2783238-2

CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the foregoing **Notice of Motion to Admit Counsel Pro Hac Vice** dated March 24, 2008, with supporting **Declarations of Anthony Herman** and **Joshua A. Doan,** both dated March 21, 2008, and **Declaration of Michael C. Nicholson**, dated March 24, 2008, to be served via electronic mail, pursuant to the agreement of counsel for the parties, upon the following counsel of record in the within action (08-CV-1315 (RMB) (RLE)), on this 24th day of March, 2008:

>Dale M. Cendali, Esq.
>Claudia Ray, Esq.
>O'Melveny & Myers LLP
>Times Square Tower
>7 Times Square
>New York, NY 10036
>dcendali@omm.com
>cray@omm.com
>
>*Attorneys for Plaintiff*
>
>Jay B. Itkowitz, Esq.
>Itkowitz & Harwood
>305 Broadway
>New York, New York 10007
>jitkowitz@itkowitz.com
>
>*Attorneys for Defendants Hani Samaan,*
>*Prominent IT Solutions, Inc.,*
>*Ronald Rose, and*
>*AML Consulting Services, Inc.*

/s/ Michael C. Nicholson
Michael C. Nicholson

DC: 2784039-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
VITALE AML CONSULTANTS, INC.,          :
                                        :
                    Plaintiff,          :   Case No. 1:08-cv-1315 (RMB)
                                        :
        v.                              :
                                        :   **DECLARATION OF**
PROMONTORY FINANCIAL GROUP, LLC;        :   **JOSHUA A. DOAN**
PROMONTORY FORENSIC SOLUTIONS,          :
LLC; HANI SAMAAN; PROMINENT IT          :
SOLUTIONS, INC.; RONALD ROSE; AML       :
CONSULTING SERVICES, INC.; and JOHN     :
DOES (1-10),                            :   ECF Case
                                        :
                    Defendants.         :
------------------------------------------------------------- X

Joshua A. Doan declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate with the firm of Covington & Burling LLP, resident of the Commonwealth of Virginia, and counsel for Defendants, Promontory Financial Group, LLC and Promontory Forensics Solutions, LLC (together, "Promontory") in the above-captioned matter.

2. I submit this Declaration in support of Promontory's Motion to Admit Counsel *pro hac vice* in connection with this action pursuant to Local Civil Rule 1.3(c) of this Court.

3. I have been admitted to practice in the District of Columbia since January 10, 2005, and I am currently in good standing in the Bar of the District of Columbia. A certificate of good standing from the District of Columbia Court of Appeals is annexed hereto as

DC: 2782990-1

Exhibit 1. I was admitted to practice in the Commonwealth of Massachusetts on April 20, 2004, and I am currently an active member in good standing in the Bar of the Commonwealth of Massachusetts. A certificate of good standing from the Commonwealth of Massachusetts is annexed hereto as Exhibit 2.

    4.    I have read and am familiar with (a) the provisions of the Judicial Code which pertain to the jurisdiction of, and practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; (d) the Federal Rules of Evidence; and (e) the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

    5.    I will faithfully adhere to all rules applicable to my conduct in connection with any activities of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of March, 2008 in Washington, D.C.

_____
Joshua A. Doan



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### JOSHUA A. DOAN

was on the 10TH day of JANUARY, 2005 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 12, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **April** A.D. **2004**, said Court being the highest Court of Record in said Commonwealth:

**Joshua A. Doan**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **tenth** day of **March** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

VITALE AML CONSULTANTS, INC.,

                Plaintiff,

      v.

PROMONTORY FINANCIAL GROUP, LLC;
PROMONTORY FORENSIC SOLUTIONS,
LLC; HANI SAMAAN; PROMINENT IT
SOLUTIONS, INC.; RONALD ROSE; AML
CONSULTING SERVICES, INC.; and JOHN
DOES (1-10),

                Defendants.

------------------------------------------------------------ X

Case No. 1:08-cv-1315 (RMB)

**DECLARATION OF ANTHONY HERMAN**

ECF Case

Anthony Herman declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the firm of Covington & Burling LLP, resident of the District of Columbia, and counsel for Defendants Promontory Financial Group, LLC and Promontory Forensics Solutions, LLC (together, "Promontory") in the above-captioned matter.

2. I submit this Declaration in support of Promontory's Motion to Admit Counsel *pro hac vice* in connection with this action pursuant to Local Civil Rule 1.3(c) of this Court.

3. I have been admitted to practice in the District of Columbia since July 23 1990, and I am currently in good standing in the Bar of the District of Columbia. A certificate of good standing from the District of Columbia Court of Appeals is annexed hereto as Exhibit 1. I was admitted to practice in the Commonwealth of Pennsylvania on June 13, 1989, and I have

DC: 2783173-1

2

been an inactive member of the Bar of the Commonwealth of Pennsylvania since July 1, 1991. A certification of inactive status (in lieu of certificate of good standing ) from the Commonwealth of Pennsylvania is annexed hereto as Exhibit 2.

    4.    I have read and am familiar with (a) the provisions of the Judicial Code which pertain to the jurisdiction of, and practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; (d) the Federal Rules of Evidence; and (e) the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

    5.    I will faithfully adhere to all rules applicable to my conduct in connection with any activities of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of March, 2008 in Washington, D.C.

*/s/ Anthony Herman*
Anthony Herman



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ANTHONY HERMAN

was on the 23RD day of JULY, 1990 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 12, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
     Deputy Clerk



## THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA

First Floor
Two Lemoyne Drive
Lemoyne, PA 17043-1226
(717) 731-7073

## CERTIFICATION OF INACTIVE STATUS
*In lieu of Certificate of Good Standing*

For

## ANTHONY HERMAN
PA Bar Number 55351

I, Suzanne E. Price, as the Attorney Registrar for the Disciplinary Board of the Supreme Court of Pennsylvania, hereby confirm that Anthony Herman was admitted as an Attorney by the Supreme Court of Pennsylvania to the bar of the courts of the Commonwealth of Pennsylvania on June 13, 1989.

Mr. Herman is currently registered as "Voluntarily Inactive", having assumed said status as of July 1, 1991.

Dated this 17th day of March, 2008

By: _Suzanne E. Price_
Suzanne E. Price
Attorney Registrar