Dale M. Cendali
Claudia Ray
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone (212) 326-2000
dcendali@omm.com
cray@omm.com

Attorneys for Plaintiff
VITALE AML CONSULTANTS, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
VITALE AML CONSULTANTS, INC.,                               :
                                                            :         Index No. 08-CV-1315 (RMB)
                             Plaintiff,                     :
                                                            :
             v.                                             :
                                                            :         **NOTICE OF PLAINTIFF**
PROMONTORY FINANCIAL GROUP, LLC;         :                            **VITALE AML CONSULTANTS,**
PROMONTORY FORENSIC SOLUTIONS, LLC; :                                 **INC.'S DEMAND FOR**
HANI SAMAAN; PROMINENT IT SOLUTIONS, :                                <u>**JURY TRIAL**</u>
INC.; RONALD ROSE; AML CONSULTING       :
SERVICES, INC.; and JOHN DOES (1-10),    :
                                                            :
                             Defendants.                    :
                                                            :
------------------------------------------------------------X

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 38,

Plaintiff Vitale AML Consultants, Inc. ("Vitale AML") hereby demands a trial by jury in the

above-entitled action.

Dated: New York, New York
      March 27, 2008

O'MELVENY & MYERS LLP

By:_____
     Dale M. Cendali
     Claudia Ray
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
dcendali@omm.com
cray@omm.com

Attorneys for Plaintiff
VITALE AML CONSULTANTS, INC.

2

CERTIFICATE OF SERVICE

I hereby certify that on this, the 27th day of March, 2008, I sent a copy of the

foregoing Notice of Demand for Jury Trial by Vitale AML Consultants, Inc. by electronic mail

to:

P. Benjamin Duke
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY  10018
pbduke@cov.com

Anthony Herman
Joshua A. Doan
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
aherman@cov.com
jdoan@cov.com

Jay B. Itkowitz, Esq.
ITKOWITZ & HARWOOD
305 Broadway
New York, NY  10007
jitkowitz@itkowitz.com

Rhett O. Millsaps II