UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

VITALE AML CONSULTANTS, INC.,            :
                                          :
                        Plaintiff,        :     Case No. 1:08-cv-1315
                                          :     (RMB)(RLE)
        v.                                :
                                          :
PROMONTORY FINANCIAL GROUP, LLC;          :     **ORDER**
PROMONTORY FORENSIC SOLUTIONS,            :
LLC; HANI SAMAAN; PROMINENT IT            :
SOLUTIONS, INC.; RONALD ROSE; AML         :
CONSULTING SERVICES, INC.; and JOHN       :     ECF Case
DOES (1-10),                              :
                                          :
                        Defendants.       :

---------------------------------------------------------------- X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 3-27-08

        This matter having been brought before the Court by Defendants Promontory

Financial Group, LLC and Promontory Forensics Solutions, LLC, through counsel Covington &

Burling LLP, by motion pursuant to Local Civil Rule 1.3(c) for an order admitting Anthony

Herman and Joshua A. Doan *pro hac vice*, on notice to all parties hereto, and the Court having

reviewed and considered the papers filed in support of this motion, and in opposition thereto, if

any, it is hereby

        ORDERED that Anthony Herman and Joshua A. Doan be and hereby are

admitted *pro hac vice* in connection with this action and they shall abide by the provisions of the

Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of the

Court in accordance with Local Civil Rule 1.5.

        SO ORDERED:

Subject to payment
of fee to Clerk

_RMB_
~~U.S.M.J.~~
U.S.D.J.
3/27/08

DC: 2783238-2