Dale M. Cendali
Claudia Ray
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone (212) 326-2000
dcendali@omm.com
cray@omm.com

Attorneys for Plaintiff
VITALE AML CONSULTANTS, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                    :

VITALE AML CONSULTANTS, INC.,  :

                                         :      Index No. 08-CV-1315 (RMB)

                Plaintiff,     :

       v.                    :

                                         :      **ANSWER TO**

PROMONTORY FINANCIAL GROUP, LLC;  :      **COUNTERCLAIM OF**

PROMONTORY FORENSIC SOLUTIONS, LLC; :      **ROSE DEFENDANTS**

HANI SAMAAN; PROMINENT IT SOLUTIONS, :

INC.; RONALD ROSE; AML CONSULTING   :

SERVICES, INC.; and JOHN DOES (1-10),   :

                                         :

                Defendants.   :

                                         :
-----------------------------------------------------------------X

      Plaintiff/Defendant-in-Counterclaim, Vitale AML Consultants, Inc. ("Vitale

AML"), by its attorneys, O'Melveny & Myers LLP, in answer to the Counterclaim of Ronald

Rose and AML Consulting Services, Inc. (collectively, the "Rose Defendants"), alleges as

follows:

      1.      Deny knowledge or information sufficient to admit or deny the allegations

contained in paragraph 1.

      2.      Admit the allegations set forth in paragraph 2.

2

3.       Paragraph 3 is a statement of jurisdiction to which no answer is required.

4.       Admit the allegations set forth in paragraph 4.

5.       Deny the allegations set forth in paragraph 5, except admit that in or about November, 2004, Anne T. Vitale, Esq. hired Ronald Rose as a consultant in connection with Vitale AML's project at Union Bank of California International ("UBOCI").

6.       Deny the allegations set forth in paragraph 6, except admit that Vitale AML hired several investigators whom the Rose Defendants referred for Vitale AML's UBOCI project.

7.       Deny the allegations set forth in paragraph 7,  except admit that Vitale AML decided to  pay Rose a referral fee of $5.00 for each hour worked by investigators referred by Rose on the UBOCI project at some time after Rose and the investigators referred by Rose began said work.

8.       Deny the allegations set forth in paragraph 8, except admit that Vitale AML paid the Rose Defendants on an hourly basis for services provided as well as certain referral fees.

9.       Deny the allegations set forth in paragraph 9.

10.      Deny the allegations set forth in paragraph 10, except admit that in April 2007 the Rose Defendants requested payment for certain work done by investigators for projects unrelated to UBOCI and that Vitale AML declined to meet those requests.

11.      Paragraph 11 asserts a legal conclusion for which no response is required, but to the extent any response is required, deny the allegations set forth in paragraph 11.

12.      Paragraph 11 asserts a legal conclusion for which no response is required, but to the extent any response is required, deny the allegations set forth in paragraph 12.

13.    Deny the allegations set forth in paragraph 13.

14.    Deny that the Rose Defendants and/or Plaintiffs-in-Counterclaim are
entitled to any or all of the relief requested or to any other relief.

## AFFIRMATIVE DEFENSES

15.    The Rose Defendants' counterclaim fails to state a claim upon which relief
may be granted.

16.    The Rose Defendants' counterclaim is barred by the statute of frauds.

17.    The Rose Defendants' counterclaim is barred by the doctrine of laches.

18.    The Rose Defendants' counterclaim is barred by the doctrine of waiver.

19.    The Rose Defendants' counterclaim is barred by the doctrine of estoppel.

20.    The Rose Defendants' counterclaim is barred by the doctrine of
acquiescence.

21.    The Rose Defendants' counterclaim is barred by the doctrine of unclean
hands.

22.    There was no valid and enforceable contract between Vitale AML and the
Rose Defendants.

Dated: New York, New York
      April 7, 2008

O'MELVENY & MYERS LLP

By:_____
    Dale M. Cendali
    Claudia Ray
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
dcendali@omm.com
cray@omm.com

Attorneys for Plaintiff
VITALE AML CONSULTANTS, INC.

4

CERTIFICATE OF SERVICE

I hereby certify that on this, the 7th day of April, 2008, I sent a copy of the

foregoing Answer of Counterclaims by Rose Defendants by Vitale AML Consultants, Inc. by

electronic mail to:


Jay B. Itkowitz, Esq.
ITKOWITZ & HARWOOD
305 Broadway
New York, NY  10007
jitkowitz@itkowitz.com

P. Benjamin Duke
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY  10018
pbduke@cov.com

Anthony Herman
Joshua A. Doan
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
aherman@cov.com
jdoan@cov.com



_____
Rhett O. Millsaps II