USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VITALE AML CONSULTANTS, INC.,

                    Plaintiff,

      - against -

PROMONTORY FINANCIAL GROUP, LLC, et al.,

                   Defendants.

ORDER

08 Civ. 1315 (RMB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on May 6, 2008,

**IT IS HEREBY ORDERED** that the Parties appear for a subsequent conference before the Court on **July 22, 2008, at 10:00 a.m.**

**SO ORDERED this 6th day of May 2008**
New York, New York

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge