Dale M. Cendali
Claudia Ray
Johanna Schmitt
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for Plaintiff Vitale AML Consultants, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VITALE AML CONSULTANTS, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>PROMONTORY FINANCIAL GROUP, LLC et al.,<br><br>Defendants. | Case No. 08 CV 1315 (RMB)<br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

      Please enter the appearance of Johanna Schmitt of O'Melveny & Myers LLP as counsel for plaintiff Vitale AML Consultants, Inc. in the above-captioned case.

Dated: New York, New York
       June 18, 2008

                                    Respectfully submitted,

                                    O'MELVENY & MYERS LLP

                                    By: /s/ Johanna Schmitt
                                        Johanna Schmitt
                                        O'Melveny & Myers LLP
                                        Times Square Tower
                                        7 Times Square
                                        New York, New York  10036
                                        (212) 326-2000