UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VITALE AML CONSULTANTS, INC.,

                Plaintiff,

v.

PROMONTORY FINANCIAL GROUP, LLC;
PROMONTORY FORENSIC SOLUTIONS,
LLC; HANI SAMAAN; PROMINENT IT
SOLUTIONS, INC.; RONALD ROSE; AML
CONSULTING SERVICES, INC.; and JOHN
DOES (1-10),

                Defendants.

Case No. 1:08-cv-1315 (RMB)

**ORDER FOR ADMISSION**
***PRO HAC VICE* ON**
**WRITTEN MOTION**

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2008

---

This matter having been brought before the Court by Defendants Promontory Financial Group, LLC and Promontory Forensics Solutions, LLC, through counsel Covington & Burling LLP, by motion pursuant to Local Civil Rule 1.3(c) for an order admitting Emily Johnson Henn *pro hac vice*, on notice to all parties hereto, and the Court having reviewed and considered the papers filed in support of this motion, and in opposition thereto, if any, it is hereby

ORDERED that Emily Johnson Henn be and hereby is admitted *pro hac vice* in connection with this action and she shall abide by the provisions of the Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of the Court in accordance with Local Civil Rule 1.5.  *Subject to payment of fee to clerk*

SO ORDERED:

                                /s/ RMB
                                U.S.D.J.
                                7/7/08

DC: 2864400-1