```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VITALE AML CONSULTANTS, INC.,

                              **Plaintiff,**

           - against -

PROMONTORY FINANCIAL GROUP, LLC, et al.,

                            **Defendants.**

**ORDER**

08 Civ. 1315 (RMB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    Following a conference before the Court on August 14, 2008,

    **IT IS HEREBY ORDERED** that the Parties submit a status report to the Court on **September 12, 2008.**

    **IT IS FURTHER ORDERED** that the Parties appear before the Court for a subsequent conference on **November 6, 2008, at 10:00 a.m.**

**SO ORDERED this 14th day of August 2008**
New York, New York

                                                                  The Honorable Ronald L. Ellis
                                                                  United States Magistrate Judge