```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

VITALE AML CONSULTANTS, INC.,

             Plaintiff,

    v.

PROMONTORY FINANCIAL GROUP, LLC;
PROMONTORY FORENSIC SOLUTIONS,
LLC; HANI SAMAAN; PROMINENT IT
SOLUTIONS, INC.; RONALD ROSE; AML
CONSULTING SERVICES, INC.; and JOHN
DOES (1-10),

             Defendants.

------------------------------------------------------------- X

Case No. 1:08-cv-1315
(RMB)(RLE)

~~PROPOSED~~ ORDER

ECF Case

This matter having been brought before the Court by Defendants Promontory Financial Group, LLC and Promontory Forensics Solutions, LLC, and the parties having agreed jointly to request an extension in the discovery schedule, it is hereby

ORDERED that the March 20, 2008 Case Management Plan and Scheduling Order shall be modified as follows:

1. Fact discovery shall be completed by October 10, 2008;

2. Expert disclosures under Federal Rule of Civil Procedure 26(a)(2) shall be served by October 22, 2008.

3. Rebuttal reports under Federal Rule of Civil Procedure 26(a)(2) shall be served by November 21, 2008;

4. Expert discovery shall be completed by December 23, 2008.

SO ORDERED: _____ 8-19-08
                                    U.S.M.J.