**MEMO ENDORSED**

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | NEWPORT BEACH |
| BRUSSELS | 7 Times Square | SAN FRANCISCO |
| CENTURY CITY | New York, New York 10036 | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |

September 3, 2008

OUR FILE NUMBER
895,011-011

**BY HAND DELIVERY**

RECEIVED SEP 03 2008

WRITER'S DIRECT DIAL
(212) 326-4469

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10017

WRITER'S E-MAIL ADDRESS
jschmitt@omm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/08

Re:   *Vitale AML Consultants, Inc. v. Promontory Fin. Group, LLC, et al.*
      *(Case No. 1:08-CV-1315-RMB)*

Dear Judge Berman:

We are counsel for Plaintiff Vitale AML Consultants, Inc. in the above-referenced matter. We thought it might be helpful for Your Honor to receive written settlement statements from the parties in advance of the settlement conference, scheduled for Wednesday, September 10, 2008. Thus, we respectfully request that Your Honor grant the parties the option to submit confidential settlement statement letters (not exceeding 10 pages) to the Court by Monday, September 8, 2008. Further, we respectfully request that such letters not be disclosed to the other parties.

Respectfully submitted,

Johanna Schmitt
Johanna Schmitt
for O'MELVENY & MYERS LLP

*[Handwritten endorsement: Lets say 5 ppt you can bring them to conference. But, engage in good faith negotiations before hand.]*

cc:   Anthony Herman, Esq., Emily Henn, Esq., Joshua Doan, Esq., P. Benjamin Duke, Esq.
      (Counsel for Promontory Defendants; via email)
      Jay Itkowitz, Esq. (Counsel for the Rose Defendants and Samaan Defendants; via email)

SO ORDERED:
Date: 9/4/08   Richard M. Berman
Richard M. Berman, U.S.D.J.