

# COVINGTON & BURLING LLP

| | | |
|---|---|---|
| 1201 PENNSYLVANIA AVENUE NW | BEIJING | P. BENJAMIN DUKE |
| WASHINGTON, DC 20004-2401 | BRUSSELS | TEL 212.841.1072 |
| TEL 202.662.6000 | LONDON | PBDUKE @ COV.COM |
| FAX 202.662.6291 | NEW YORK | |
| WWW.COV.COM | SAN FRANCISCO | |
| | WASHINGTON | |

September 12, 2008

**MEMO ENDORSED**

BY HAND DELIVERY

The Honorable Richard Berman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Rm. 650
New York, N.Y. 10007

      RE: *Vitale AML Consultants, Inc. v. Promontory Financial Group, LLC, et al.*
         Case No: 1:08-cv-1315-RMB

Dear Judge Berman:

    My firm represents defendants Promontory Financial Group, LLC and Promontory Forensics Solutions, LLC (collectively, "Promontory") in the above-referenced action. I initially appeared as Promontory's counsel, but other lawyers from my firm have since taken over my responsibilities and I am no longer participating in the case. Therefore, I respectfully request to be removed from the docket and to cease receiving ECF notices in connection with the above-referenced action.

                                   Respectfully submitted,

                                     P. Benjamin Duke

cc: All counsel of record

Application granted.

SO ORDERED:
Date: 9/24/08

Richard M. Berman, U.S.D.J.